GEOFFREY PILLER, SBN 127001
TEAGUE P. PATERSON, SBN 226659
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone:(510) 625-9700
Facsimile: (510) 625-8275

Attorneys for Plaintiff UNITED ASSOCIATION
OF JOURNEYMEN AND APPRENTICES
OF THE PLUMBING AND PIPE FITTING
INDUSTRY LOCAL 38

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY LOCAL 38,<br><br>Plaintiff,<br><br>v.<br><br>KK PLUMBING & FIRE PROTECTION INC.; CARY WING PLUMBING & FIRE PROTECTION; and CARY WING,<br><br>Defendants. | Case No. 3:06-CV-06350-JL<br><br>**FIRST REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Date: January 17, 2007**<br>**Time: 10:30 a.m.**<br>**Location: Courtroom F, 15th Floor** |

## REQUEST FOR CONTINUANCE

WHEREAS, the Parties have entered into settlement discussions;

WHEREAS, the parties have agreed in principal to the terms of settlement of this action; and

WHEREAS, such settlement will fully and finally resolve the clams of the parties and result in dismissal of this action;

WHERFORE, the parties request the Initial Case Management Conference scheduled for January 17, 2007 at 10:30 a.m. in Courtroom F, 15th Floor of the San Francisco

1  Court House for the Northern District of California, be continued for a period of at least 30

2  days, and that all other deadlines be appropriately adjusted to reflect such continued date.

3

4  Dated:  January 3, 2006                    Respectfully Submitted,

5                                             BEESON, TAYER & BODINE, PC

6

7                                             By: _____/S/_____

8                                                 TEAGUE P. PATERSON
                                                  Attorneys for Plaintiff UNITED
8                                                 ASSOCIATION OF JOURNEYMEN AND
9                                                 APPRENTICES OF THE PLUMBING AND
                                                  PIPE FITTING INDUSTRY LOCAL 38
10

11

12  The Case Management conference is continued to February 21, 2007 at 10:30 a.m.

13

14

15                                    IT IS SO ORDERED

16

17                                    Judge James Larson

18

19

20

21

22

23

24

25

26

27

28

**REQUEST FOR CONTINUANCE OF CMC**
54667.doc